IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **DEMARCUS WILLIAMSON**<br>Plaintiff,<br><br>v.<br><br>**TRUEACCORD CORP.**,<br>Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) Case No. 4:24-cv-00024-SHL-WPK<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiff DeMarcus Williamson, pursuant to Rule 41(a)(1)(A)(ii), has reached a settlement agreement and need approximately thirty (30) days to fulfill the settlement terms and file dismissal papers pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties consent to a stay of pending deadlines herein. May the Court so enter an Order or direct the Parties to formally move with respect thereto.

Dated: March 1, 2024

DeMarcus Williamson
1173 Prairie View Drive Apt 73208
West Des Moines, IA 50266
(515) 971-4375
demarcus.williamson11@yahoo.com

1

DeMarcus Williamson
1173 Prairie View Drive
Apt 73208
West Des Moines, IA 50266

United States District Court
Clerk's Office
123 East Walnut Street
Des Moines, IA 50309